1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2766

**FILED**

APR 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:11-CR-0172

| UNITED STATES OF AMERICA, | ) | CR. NO. |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | ORDER TO SEAL |
| v. | ) | (UNDER SEAL) |
|  | ) |  |
| ROYCE NEWCOMB, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Todd A. Pickles to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: Apr 14, 2011

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1