1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   TODD A. PICKLES
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: 916-554-2700



FILED

APR 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0172 MCE |
| Plaintiff, | Request For Unsealing of Indictment and [Proposed] Order |
| v. | |
| ROYCE NEWCOMB, | |
| Defendant. | |

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

   COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

   1. On April 14, 2011, the Honorable Kendall J. Newman issued an order sealing the Indictment in the above-referenced case until the arrest of the defendant or further order of the Court.

   2. As of today, April 22, 2011, agents of the United States have arrested the defendant. It is now necessary to unseal the indictment

1

so that the defendant may be fully apprised of the charges against him.

THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the public record.

Dated: April 22, 2011                     Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          U.S. ATTORNEY

                              By:         /s/ Todd A. Pickles
                                          TODD A. PICKLES
                                          Assistant U.S. Attorney

The Court hereby orders that the Indictment in Case No. 2:11-CR-0172 MCE, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made part of the public record.

DATED: April 22, 2011

                                          /s/ Kendall J. Newman
                                          HON. KENDALL J. NEWMAN
                                          United States Magistrate Judge

2