BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700 (telephone)
(916) 554-2900 (facsimile)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-CR-00172 |
| Plaintiff, | ) **UNITED STATES OF AMERICA'S REQUEST TO CONTINUE RESTITUTION HEARING; ORDER** |
| v. | ) |
| ROYCE NEWCOMB, | ) Date:  December 15, 2011 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Judge: Hon. Morrison C. England, Jr. |
| | ) Place: Courtroom 7, 14th Floor |

The United States hereby requests that the Restitution Hearing currently on calendar for December 15, 2011, be continued to February 2, 2012, for good cause showing. The United States, through its undersigned counsel of record, proffers the following:

1.  On May 12, 2011, Defendant pled guilty to Count Three of the Indictment charging him with wire fraud in violation of Title 18, United States Code § 1343 relating to a real estate investment Ponzi scheme. Pursuant to his plea agreement, Defendant agreed to pay restitution in the amount to be determined by the Court with respect to Ponzi scheme as well as a separate bankruptcy scheme.

2.   On October 3, 2011, the Court sentenced Defendant to seventy months imprisonment and thirty-six months supervised release, and ordered Defendant to pay restitution in an amount to be determined by the Court at a later date after considering any recommendation by the assigned Probation Officer.  The matter was set for a restitution hearing for December 1, 2011, subsequently continued to December 15, 2011, at the request of the assigned Probation Officer.

3.   In her Restitution Determination memorandum ("Restitution Report") dated December 8, 2011, the assigned Probation Officer has recommended total restitution in the amount of $2,552,140.  The Restitution Report identifies the victims of the Ponzi scheme and the bankruptcy scheme, and the amounts of loss for each.

4.   On December 13, 2011, the undersigned was informed that counsel for Defendant underwent surgery on Sunday, December 11, 2011, and was hospitalized in the days leading up to surgery.  He will remain hospitalized for an additional time period followed by recuperation.  Defendant's counsel, through a colleague, requests the matter be continued in light of this unexpected situation.

5.   The United States has agreed and hereby requests the matter be continued to February 2, 2012.  The United States also requests that the time between December 15, 2011, and February 2, 2012, be excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due to the unexpected unavailability of Defendant's counsel, continuity of counsel, and Defendant's counsel's need to prepare Defendant's response to the Restitution Report.

Respectfully submitted,

DATED: December 13, 2011  BENJAMIN B. WAGNER
United States Attorney

 /s/ Todd A. Pickles
TODD A. PICKLES
Assistant United States Attorney

### ORDER

This matter comes before the Court on the United States of America's Request to Continue Restitution Hearing. Having read and considered the papers, and being fully informed, the Court GRANTS the United States' request. The restitution hearing set for December 15, 2011 is hereby CONTINUED to February 2, 2012. The time between December 15, 2011, and February 2, 2012 is excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due to the unexpected unavailability of Defendant's counsel, the continuity of counsel, and counsel's need to prepare Defendant's response to the Restitution Report.

IT IS SO ORDERED.

Dated: December 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE