JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
ROYCE NEWCOMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROYCE NEWCOMB,<br><br>　　　　Defendant.<br>_____ | No. 11-CR-0172-MCE<br><br>**STIPULATION AND PROPOSED ORDER**<br><br>Date: May 24, 2012<br>Time: 10:00 a.m.<br>Hon. Morrison C. England, Jr. |

　　　　Defendant Royce Newcomb, through his attorney John Balazs, and the United States, through its attorney Assistant U.S. Attorney Todd Pickles, hereby stipulate and request that the Court continue the restitution hearing in the above-captioned case from April 9, 2012 to **May 24, 2012, at 10:00 a.m.**

　　　　The reason for this request is that defense counsel recently was appointed to replace attorney Steve Bauer. Defendant Newcomb has been sentenced to 70 months imprisonment and is currently incarcerated in Atwater Federal Prison. Counsel needs additional time to consult with the defendant and prepare for the restitution hearing. For these reasons, the parties agree that the time between April 9, 2012 and May 24, 2012 be excluded from the time period for the final determination of restitution under 18 U.S.C. § 3664(c)(5) due to counsel's need to prepare a response to the restitution report.

Respectfully submitted,

Dated:  April 3, 2012

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
ROYCE NEWCOMB


BENJAMIN B. WAGNER
U.S. Attorney

Dated:  April 3, 2012

By:   /s/ Todd Pickles
TODD PICKLES
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  April 3, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE