BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700 (telephone)
(916) 554-2900 (facsimile)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROYCE NEWCOMB,<br><br>　　　　　　　Defendant. | CASE NO. 2:11-CR-00172<br><br>**STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING** |

　　　The United States, through the undersigned counsel, and defendant Royce Newcomb, through his undersigned counsel, hereby stipulate and jointly request that the Restitution Hearing currently on calendar for June 28, 2012, be continued to July 12, 2012, for good cause showing.

　　　1.　On May 12, 2011, Defendant pled guilty to Count Three of the Indictment charging him with wire fraud in violation of Title 18, United States Code § 1343 relating to a real estate investment Ponzi scheme. Pursuant to his plea agreement, Defendant agreed to pay restitution in the amount to be determined by the Court with respect to the Ponzi scheme as well as a separate bankruptcy scheme.

Stipulation and [Proposed] Order to
Continue Restitution Hearing　　　　　1

2.   On October 3, 2011, the Court sentenced Defendant to seventy months imprisonment and thirty-six months supervised release, and ordered Defendant to pay restitution in an amount to be determined by the Court at a later date after considering any recommendation by the assigned Probation Officer.  The matter was set for a restitution hearing for December 1, 2011, subsequently continued to December 15, 2011, at the request of the assigned Probation Officer.

3.   In her Restitution Determination memorandum ("Restitution Report") dated December 8, 2011, the assigned Probation Officer has recommended total restitution in the amount of $2,552,140.

4.   Thereafter, the matter was continued due to the ill health and then unfortunate death of defendant's counsel.  On February 28, 2012, new counsel substituted to represent defendant.  New counsel has been reviewing the documents disclosed in discovery along with reviewing redacted victim impact statements relating to loss or restitution amounts.

5.   For the foregoing reasons, the parties stipulate and jointly request that the matter be continued to July 12, 2012, and that the time between June 28, 2012 and July 12, 2012, be excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due to the defendant's counsel's need to prepare defendant's response to the Restitution Report.

IT IS SO STIPULATED.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | DATED: June 14, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| 4 |  | */s/ Todd A. Pickles*<br>TODD A. PICKLES<br>Assistant United States Attorney |
| 6 | DATED: June 14, 2012 | LAW OFFICES OF JOHN BALAZS |
| 7 |  | */s/ Todd A. Pickles for*<br>JOHN BALAZS |
|  |  | Counsel for Defendant Royce Newcomb |

**ORDER**

This matter comes before the Court on the parties Stipulation to Continue Restitution Hearing. Having read and considered the papers, and being fully informed, the Court ADOPTS the stipulation and GRANTS the parties' request. The restitution hearing set for June 28, 2012 is hereby CONTINUED to July 12, 2012 at 9:00 a.m. The time between June 28, 2012, and July 12, 2012 is excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due counsel's need to prepare defendant's response to the Restitution Report.

IT IS SO ORDERED.

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE