JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
ROYCE NEWCOMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-CR-0172-MCE |
| ) | |
| Plaintiff, ) | **ORDER RE: VIEWING UNREDACTED VICTIM IMPACT STATEMENTS AND OTHER DOCUMENTS RELIED ON BY PROBATION IN DETERMINING RESTITUTION** |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ROYCE NEWCOMB, ) | |
| ) | Date: June 28, 2012 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Hon. Morrison C. England, Jr. |

Defendant ROYCE NEWCOMB, requests that his appointed counsel, John Balazs, and/or Mr. Balazs's associate attorney, Matthew Fleming, be allowed to personally view the unredacted victim impact statements and other documents relied on by the United States Probation officer in determining the amount of restitution. The viewing would be done at the United States Probation office at 501 I street in Sacramento, 2nd floor, at a date and time to be worked out between counsel and Probation. No copies of unredacted victim impact statements are required, and the documents will not leave the probation office. Counsel may request copies of other documents provided there is no

identifying information on the document as to any victim, such as name, address, telephone number, current employer, etc.  Counsel will not share any contact information or personal victim information with Mr. Newcomb. Assistant United States Attorney Todd Pickles does not object to this request.

Dated: June 15, 2012

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
ROYCE NEWCOMB

BENJAMIN B. WAGNER
U.S. Attorney

/s/ Todd Pickles
TODD PICKLES

Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  June 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE