JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
ROYCE NEWCOMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROYCE NEWCOMB,<br><br>    Defendant.<br>_____ | No. 11-CR-0172-MCE<br><br>***UNOPPOSED* APPLICATION AND PROPOSED ORDER REGARDING WAIVER OF INTEREST ON RESTITUTION**<br><br><br><br>Hon. Morrison C. England, Jr. |

Defendant Royce Newcomb, through his attorney John Balazs, hereby applies for an order amending the Court's $1,965,030 restitution order filed August 7, 2012 (document 50) to waive the interest requirement on the restitution amount because of the defendant's inability to pay interest.  The Court previously determined that the defendant did not have the ability to pay a fine and no fine was imposed as part of his sentence.   Assistant U.S. Attorney Todd Pickles has informed Newcomb's counsel that he does not oppose waiver of interest under 18 U.S.C. § 3612(f)(3)(A).

                                             Respectfully submitted,

Dated:  August 29, 2012

                                             /s/ John Balazs
                                             JOHN BALAZS

                                             Attorney for Defendant
                                             ROYCE NEWCOMB

BENJAMIN B. WAGNER
U.S. Attorney

Dated: August 29, 2012

By: /s/ Todd Pickles
TODD PICKLES
Assistant U.S. Attorney

**ORDER**

For the reasons set forth above, IT IS HEREBY ORDERED that interest be waived on the $1,965,030 restitution ordered in this case under 18 U.S.C. § 3612(f)(3)(A).

Dated: September 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE